Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-4803

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | LOUBIT Shoes Store | 2 | COCLSTIK - Store |
| 3 | Loong is offspring | 4 | Topace |
| 5 | Ali sister costumes Store | 6 | happypig Store |
| 7 | Mater Kom Official Store | 8 | China Watches Factory Store |
| 9 | LCY Men Fashion Accessories World | 10 | Tobebest Official Store |
| 11 | THE COOLMIND Official Store | 12 | 5 Comfy Shoe Store |
| 13 | WUANGSUNE Official Store | 14 | Men'S -World Store |
| 15 | Tlyns Store | 16 | JXGXSX Official Store |
| 17 | let's fly | 18 | MangoBox-New Store |
| 19 | 8012 Game Store | 20 | FuyBill Men's Costume Store |
| 21 | Chineon Riding Store | 22 | ZionTech OfficialFlag Store |
| 23 | Uppbo OfficialFlag Store | 24 | Derozan OfficialFlag Store |
| 25 | Deyonta Official Store | 26 | XSJNAGEMY Store |
| 27 | EZ Life Store | 28 | Hi Baby ! Store |
| 29 | Xin cheng Store | 30 | Casual child fun Store |
| 31 | Kardeem Official Store | 32 | NorthMarch Store |
| 33 | maximal exercise store | 34 | BoyGirl Town Store |
| 35 | 123 secret Store | 36 | mascot Store |
| 37 | Amyrunningshoes Store | 38 | 3D Lamp Dropshipping Store |
| 39 | LORA ZEE Store | 40 | tongqi 3c Store |
| 41 | Customers world Store | 42 | DCHZIUAN DCHZIUAN Store |
| 43 | Baharcelin 2 Store | 44 | KIMYYU Store |
| 45 | Asstseries VP game Store | 46 | Guang Zhou Oursteam Electronic Technology Co., Ltd. |
| 47 | Coolbee Store | 48 | KULADA Official Store |
| 49 | COMFYTRIP 2 Store | 50 | MILAI BAOKUAN Store |
| 51 | EternallyShoes Store | 52 | Lekamp Store |
| 53 | MOMOX Store | 54 | Guilin 143 Store |
| 55 | Masorini 006 Store | 56 | Masorini 007 Store |
| 57 | Green Shamrock Sportswear Store | 58 | Angefi Store |
| 59 | fe fe Store | 60 | BigEyes Store |
| 61 | Fashionable Women Men Store Store | 62 | Jerwill JJ Print Store |
| 63 | LYZONE Store | 64 | Abibasi Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | Climber Store | 66 | Superwall Decor Store |
| 67 | BT Mommy Baby Store | 68 | 2H baby Store |
| 69 | Dropshipping Baby Store | 70 | BIGFIRSE Store |
| 71 | LANTI KAST Official Store | 72 | Cozytech Store |
| 73 | Goddess Keeps up Store | 74 | Lorilury Casual shoe Store |
| 75 | junye Store | 76 | hai bao Store |
| 77 | lufuma Store | 78 | HyunShell Store |
| 79 | Little Hearts Store | 80 | VPM Official Store |
| 81 | ZODANY Store | 82 | Men's shoe cabinet Store |
| 83 | Winson 6 years Old Store | 84 | HUCDML Store |
| 85 | Bearicorn Store | 86 | HEMNES Store |
| 87 | CAGILKZEL Online Store | 88 | KIMOKOKM Store |
| 89 | hefengcase Store | 90 | MJ888 Store |
| 91 | Affordable shoe Store | 92 | LMPPW Official Store |
| 93 | Kingo Store | 94 | Man Woman Boutique Store |
| 95 | MLUK Store | 96 | Hots Phone Accessories Store |
| 97 | HUANQING Digital Accessories Store | 98 | JESSIC Store |
| 99 | ZALAA Store | 100 | A-A-E Store |
| 101 | AriTop-Official Store | 102 | 3Ciphone Store |
| 103 | ChinaStars Store | 104 | DKRUCAK Store |
| 105 | JUNYU Store | 106 | AIJIELUO Official Store |
| 107 | ddj Official Store | 108 | Deele shoe Store |
| 109 | Dtiantian Store | 110 | AK66 Store |
| 111 | Bailipromise Store | 112 | MJ88802 Store |
| 113 | AliExpress Men's cloth Store | 114 | DOGNTNRshoes Store |
| 115 | Grumpy sister Store | 116 | Ali-vansneakers Store |
| 117 | Hosima Store | 118 | MaTa Clothes Store |
| 119 | ClearanceSale Store | 120 | Dropshippingshoes Store |
| 121 | Golaiman Store | 122 | Boollili Women And Men Clothes Store |
| 123 | Hi Tao kids Store | 124 | LAOCHRA Footwear Store |
| 125 | Haaa Phone Store | 126 | MENGYIAN Store |
| 127 | BeiFuTa Clothes Store | 128 | BDE 2010 Store |
| 129 | AIRTN Store | 130 | KB T-shirt Store |
| 131 | JKCK Official Store | 132 | GD001 Store |
| 133 | ChenChen Gift Light Store | 134 | HaNismt Store |
| 135 | KaLuWang Store | 136 | FXF Official Store |
| 137 | ajax Store | 138 | Luckynumber7777 Store |
| 139 | ARTICULO Authority Store | 140 | Yanan Suits Store |
| 141 | BING TECHNOLOGY CO., LTD. | 142 | UPTO AILEI Store |
| 143 | KUYOMENS Official Store | 144 | bohocotol Official Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 145 | China mini fashion Electronics Co.,ltd. | 146 | GTIME Official Store |
| 147 | XYCustomBest | 148 | Xingyuefus |
| 149 | Dinmas | 150 | MiniPinguin |
| 151 | Waterball | 152 | Ben Bloor |
| 153 | DuftGu | 154 | CASEMPIRE |
| 155 | AutoLab be with u | 156 | ChyFS |
| 157 | WSNANG JEWELRY | 158 | Chiquitfford |
| 159 | Petopian | 160 | dasgerh84r185 |
| 161 | shang-us | 162 | Unique Posters |
| 163 | The Pocket Store | 164 | Jooloomi |
| 165 | Ffith Wallace | 166 | Red-moon |
| 167 | Jiantes | 168 | Jamie Rush daw |
| 169 | ingkaihu | 170 | Baylery |
| 171 | FengMei Store | 172 | Solpuo |
| 173 | LanXinJu | 174 | D&DStore |
| 175 | ZXchen | 176 | dreamering |
| 177 | Anticso DHL | 178 | TX STORE |
| 179 | outstyle | 180 | Ewdsqs |
| 181 | GoomeTech | 182 | yu er ding |
| 183 | tengZhouShiYongHuiShiPinYouXianGongSi | 184 | caicaishucaidian |
| 185 | Low Price Queen | 186 | JoshuaMusselman |
| 187 | jacbob | 188 | XUANER CUYACTG |
| 189 | WOAH | 190 | Guo Meng |
| 191 | AZlanlan | 192 | 2012beautydiy |
| 193 | bjtop789 | 194 | blueshore933 |
| 195 | esellerhy | 196 | fei.le-88 |
| 197 | honglisi168 | 198 | hpsc8162 |
| 199 | leeleng.2010 | 200 | linyoutu |
| 201 | qttg5915 | 202 | rosegirl2 |
| 203 | state1817 | 204 | whosellerhy |
| 205 | wonderlocket | 206 | ycxmyyxgs |
| 207 | youngmallstore | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1017211 | 2 | aliexpress.com/store/1113172 |
| 3 | aliexpress.com/store/1244351 | 4 | aliexpress.com/store/1299329 |
| 5 | aliexpress.com/store/1448016 | 6 | aliexpress.com/store/1719268 |
| 7 | aliexpress.com/store/1752193 | 8 | aliexpress.com/store/1816447 |
| 9 | aliexpress.com/store/1829614 | 10 | aliexpress.com/store/1879098 |
| 11 | aliexpress.com/store/1908258 | 12 | aliexpress.com/store/1912512 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 13 | aliexpress.com/store/1972289 | 14 | aliexpress.com/store/2212108 |
| 15 | aliexpress.com/store/227107 | 16 | aliexpress.com/store/228054 |
| 17 | aliexpress.com/store/233543 | 18 | aliexpress.com/store/2336266 |
| 19 | aliexpress.com/store/2392020 | 20 | aliexpress.com/store/2407093 |
| 21 | aliexpress.com/store/2411103 | 22 | aliexpress.com/store/2785109 |
| 23 | aliexpress.com/store/2792107 | 24 | aliexpress.com/store/2799172 |
| 25 | aliexpress.com/store/2802110 | 26 | aliexpress.com/store/2881123 |
| 27 | aliexpress.com/store/2885039 | 28 | aliexpress.com/store/2946071 |
| 29 | aliexpress.com/store/2948210 | 30 | aliexpress.com/store/3092007 |
| 31 | aliexpress.com/store/327029 | 32 | aliexpress.com/store/3425001 |
| 33 | aliexpress.com/store/3476067 | 34 | aliexpress.com/store/3489010 |
| 35 | aliexpress.com/store/3513088 | 36 | aliexpress.com/store/3515023 |
| 37 | aliexpress.com/store/3618106 | 38 | aliexpress.com/store/3664048 |
| 39 | aliexpress.com/store/3680084 | 40 | aliexpress.com/store/3728010 |
| 41 | aliexpress.com/store/3744029 | 42 | aliexpress.com/store/3925011 |
| 43 | aliexpress.com/store/3977036 | 44 | aliexpress.com/store/4057064 |
| 45 | aliexpress.com/store/4085002 | 46 | aliexpress.com/store/411626 |
| 47 | aliexpress.com/store/4301038 | 48 | aliexpress.com/store/4385036 |
| 49 | aliexpress.com/store/4413082 | 50 | aliexpress.com/store/4425032 |
| 51 | aliexpress.com/store/4431007 | 52 | aliexpress.com/store/4487007 |
| 53 | aliexpress.com/store/4488139 | 54 | aliexpress.com/store/4566053 |
| 55 | aliexpress.com/store/4643079 | 56 | aliexpress.com/store/4655079 |
| 57 | aliexpress.com/store/4681086 | 58 | aliexpress.com/store/4699101 |
| 59 | aliexpress.com/store/4700102 | 60 | aliexpress.com/store/4703015 |
| 61 | aliexpress.com/store/4808203 | 62 | aliexpress.com/store/4876045 |
| 63 | aliexpress.com/store/4878030 | 64 | aliexpress.com/store/4972003 |
| 65 | aliexpress.com/store/4984089 | 66 | aliexpress.com/store/4989565 |
| 67 | aliexpress.com/store/4994063 | 68 | aliexpress.com/store/5002405 |
| 69 | aliexpress.com/store/5004166 | 70 | aliexpress.com/store/5004512 |
| 71 | aliexpress.com/store/5028109 | 72 | aliexpress.com/store/5066003 |
| 73 | aliexpress.com/store/5074060 | 74 | aliexpress.com/store/5081303 |
| 75 | aliexpress.com/store/5083015 | 76 | aliexpress.com/store/5091011 |
| 77 | aliexpress.com/store/5098027 | 78 | aliexpress.com/store/5109053 |
| 79 | aliexpress.com/store/510939 | 80 | aliexpress.com/store/511163 |
| 81 | aliexpress.com/store/5114040 | 82 | aliexpress.com/store/5119114 |
| 83 | aliexpress.com/store/512065 | 84 | aliexpress.com/store/5124129 |
| 85 | aliexpress.com/store/5126083 | 86 | aliexpress.com/store/5133080 |
| 87 | aliexpress.com/store/5155084 | 88 | aliexpress.com/store/5240261 |
| 89 | aliexpress.com/store/5250041 | 90 | aliexpress.com/store/5324016 |
| 91 | aliexpress.com/store/5362095 | 92 | aliexpress.com/store/536444 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 93 | aliexpress.com/store/5371291 | 94 | aliexpress.com/store/5380359 |
| 95 | aliexpress.com/store/5381058 | 96 | aliexpress.com/store/5382164 |
| 97 | aliexpress.com/store/5407030 | 98 | aliexpress.com/store/5423092 |
| 99 | aliexpress.com/store/5432124 | 100 | aliexpress.com/store/5476135 |
| 101 | aliexpress.com/store/5482168 | 102 | aliexpress.com/store/5489117 |
| 103 | aliexpress.com/store/5513025 | 104 | aliexpress.com/store/5513039 |
| 105 | aliexpress.com/store/5521021 | 106 | aliexpress.com/store/5523007 |
| 107 | aliexpress.com/store/5571186 | 108 | aliexpress.com/store/5573158 |
| 109 | aliexpress.com/store/5584335 | 110 | aliexpress.com/store/5592077 |
| 111 | aliexpress.com/store/5593113 | 112 | aliexpress.com/store/5597439 |
| 113 | aliexpress.com/store/5622157 | 114 | aliexpress.com/store/5629140 |
| 115 | aliexpress.com/store/5636288 | 116 | aliexpress.com/store/5676039 |
| 117 | aliexpress.com/store/5716069 | 118 | aliexpress.com/store/5716160 |
| 119 | aliexpress.com/store/5718054 | 120 | aliexpress.com/store/5730256 |
| 121 | aliexpress.com/store/5734228 | 122 | aliexpress.com/store/5742248 |
| 123 | aliexpress.com/store/5746124 | 124 | aliexpress.com/store/5780070 |
| 125 | aliexpress.com/store/5782092 | 126 | aliexpress.com/store/5784397 |
| 127 | aliexpress.com/store/5786710 | 128 | aliexpress.com/store/5787173 |
| 129 | aliexpress.com/store/5787944 | 130 | aliexpress.com/store/5789695 |
| 131 | aliexpress.com/store/5790470 | 132 | aliexpress.com/store/5790508 |
| 133 | aliexpress.com/store/5793779 | 134 | aliexpress.com/store/5793843 |
| 135 | aliexpress.com/store/5794448 | 136 | aliexpress.com/store/5834147 |
| 137 | aliexpress.com/store/5880499 | 138 | aliexpress.com/store/5892481 |
| 139 | aliexpress.com/store/704156 | 140 | aliexpress.com/store/707531 |
| 141 | aliexpress.com/store/712135 | 142 | aliexpress.com/store/734572 |
| 143 | aliexpress.com/store/806906 | 144 | aliexpress.com/store/810997 |
| 145 | aliexpress.com/store/813894 | 146 | aliexpress.com/store/914281 |
| 147 | amazon.com/sp?seller=A153HT6G853ZZ3 | 148 | amazon.com/sp?seller=A16RCKPOBS2E2T |
| 149 | amazon.com/sp?seller=A17MBVYSAF728M | 150 | amazon.com/sp?seller=A19OESP9HIRPEI |
| 151 | amazon.com/sp?seller=A1CBPN614NAUGF | 152 | amazon.com/sp?seller=A1CEC0C1LVQTLU |
| 153 | amazon.com/sp?seller=A1H7CD0YD8IVYV | 154 | amazon.com/sp?seller=A1HDIQ8ADHPTDQ |
| 155 | amazon.com/sp?seller=A1OPJQF7QC07ZS | 156 | amazon.com/sp?seller=A1RW9FEJ5FPE9U |
| 157 | amazon.com/sp?seller=A1UQGJV56K5KKV | 158 | amazon.com/sp?seller=A1VOPSB4L7XW5B |
| 159 | amazon.com/sp?seller=A1WDN26LTUAUGU | 160 | amazon.com/sp?seller=A24ODXYGZFGSS5 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 161 | amazon.com/sp?seller=A2AF6UARK96ENT | 162 | amazon.com/sp?seller=A2CGTN21HZ5C4G |
| 163 | amazon.com/sp?seller=A2DAZUG4UFRFDF | 164 | amazon.com/sp?seller=A2E5RMWQMUFJ8C |
| 165 | amazon.com/sp?seller=A2I3UCM85TJ5OO | 166 | amazon.com/sp?seller=A2IULETABS6CIH |
| 167 | amazon.com/sp?seller=A2JAKNU57P0SVI | 168 | amazon.com/sp?seller=A2LMMSXTAFQ54F |
| 169 | amazon.com/sp?seller=A2MGD5O8M42UP3 | 170 | amazon.com/sp?seller=A2V6ZCJEU8PY10 |
| 171 | amazon.com/sp?seller=A31UT7K8FEAGQJ | 172 | amazon.com/sp?seller=A3351NXXXDE6N8 |
| 173 | amazon.com/sp?seller=A354VUWSTC22PH | 174 | amazon.com/sp?seller=A36VOMK0N28NY2 |
| 175 | amazon.com/sp?seller=A37Y6NYHS8QCYW | 176 | amazon.com/sp?seller=A3AYYMFTII383C |
| 177 | amazon.com/sp?seller=A3GUCKF7MYK8M3 | 178 | amazon.com/sp?seller=A3HQWX8I08DRSV |
| 179 | amazon.com/sp?seller=A3I293G9ZUVCBA | 180 | amazon.com/sp?seller=A3N7PC8KRDLUWX |
| 181 | amazon.com/sp?seller=A3O2316SLYL9CR | 182 | amazon.com/sp?seller=A5B3818EMW5OU |
| 183 | amazon.com/sp?seller=A6DW2KHUH6VHC | 184 | amazon.com/sp?seller=A6WK7Z9K3ANMI |
| 185 | amazon.com/sp?seller=A8ULXD09MURO1 | 186 | amazon.com/sp?seller=AGS8GG94JS8J3 |
| 187 | amazon.com/sp?seller=AO3401YE6HXNW | 188 | amazon.com/sp?seller=AP98F8ARD71UU |
| 189 | amazon.com/sp?seller=APB0KO9SWW3F7 | 190 | amazon.com/sp?seller=AQBZWJ7ASJWC |
| 191 | amazon.com/sp?seller=AZWL6GBOZ638O | 192 | ebay.com/usr/2012beautydiy |
| 193 | ebay.com/usr/bjtop789 | 194 | ebay.com/usr/blueshore933 |
| 195 | ebay.com/usr/esellerhy | 196 | ebay.com/usr/fei.le-88 |
| 197 | ebay.com/usr/honglisi168 | 198 | ebay.com/usr/hpsc8162 |
| 199 | ebay.com/usr/leeleng.2010 | 200 | ebay.com/usr/linyoutu |
| 201 | ebay.com/usr/qttg5915 | 202 | ebay.com/usr/rosegirl2 |
| 203 | ebay.com/usr/state1817 | 204 | ebay.com/usr/whosellerhy |
| 205 | ebay.com/usr/wonderlocket | 206 | ebay.com/usr/ycxmyyxgs |
| 207 | ebay.com/usr/youngmallstore | | |